UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



ROBERT T. WILLIAMS (#297556)

VERSUS

LA. DEPARTMENT OF CORR., ET AL.

CIVIL ACTION

NO. 07-780-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland, dated March 5, 2008 (doc. no. 9) to which no objection was filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Motion to Re-Open (doc. no. 7) is DENIED.

Baton Rouge, Louisiana, this 15th day of April, 2008.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA